UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-cv-22414-CMA

CARLOS BRITO,

        Plaintiff,

v.

THE REDEVCO CORPORATION and
CHECKERS DRIVE-IN RESTAURANTS,
INC.,

        Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, CARLOS BRITO, and Defendants, THE REDEVCO CORPORATION and CHECKERS DRIVE-IN RESTAURANTS INC., hereby advise the Court that the parties have reached an agreement to settle the instant case pending execution of a Settlement Agreement. The Parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than 45 days from the date of this Notice. Accordingly, the Parties respectfully request that the Court vacate all currently set dates and deadlines.

Respectfully submitted this 10th, day of August, 2020.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Armando Cordoves, Jr.* |
| ANTHONY J. PEREZ | ARMANDO CORDOVES, JR. |
| Florida Bar No.: 535451 | Florida Bar No.: 112425 |
| | |
| GARCIA-MENOCAL & PEREZ, P.L. | HUNTON ANDREWS KURTH LLP |
| 4937 S.W. 74th Court, Unit #3 | 1111 Brickell Avenue |
| Miami, FL 33155 | Suite 2500 |
| Telephone: (305) 553- 3464 | Miami, FL 33131 |
| Facsimile: (305)553-3031 | Telephone: (305) 810-2515 |
| Primary Email:  ajperez@lawgmp.com | Primary Email: acordoves@huntonak.com |
| Secondary Email: aquezada@lawgmp.com | *Attorney for Defendants* |
| *Attorney for Plaintiff* | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2020 I electronically filed the foregoing document with the Clerk of the Court and counsel of record using CM/ECF.

**GARCIA-MENOCAL, & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 SW 74th Court, No. 3
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail:  ajperez@lawgmp.com
Secondary Email:  aquezada@lawgmp.com;
bvirues@lawgmp.com.


By: ___/s/ Anthony J. Perez_____
        ANTHONY J. PEREZ