**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 1:20-cv-22414-CMA

CARLOS BRITO,

    Plaintiff,

v.

THE REDEVCO CORPORATION and
CHECKERS DRIVE-IN RESTAURANTS,
INC.,

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, CARLOS BRITO, and Defendant THE REDEVCO CORPORATION and CHECKERS DRIVE-IN RESTAURANTS INC., having entered into a Settlement Agreement and Release that resolves all claims that were or could have been brought in this action, hereby stipulate to the dismissal of this matter with prejudice

Dated: November 12, 2020.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Armando Cordoves, Jr.* |
| ANTHONY J. PEREZ | ARMANDO CORDOVES, JR. |
| Florida Bar No. 535451 | Florida Bar No.: 112425 |
| | |
| GARCIA-MENOCAL & PEREZ, P.L. | HUNTON ANDREWS KURTH LLP |
| 4937 SW 74th Court, No. 3 | 1111 Brickell Avenue |
| Miami, Florida 33155 | Suite 2500 |
| E-Mail: ajperezlaw@gmail.com; | Miami, FL 33131 |
| aquezada@lawgmp.com | Telephone: (305) 810-2515 |
| Telephone: (305)553-3464 | Primary Email: acordoves@huntonak.com |
| Facsimile: (305) 553-3031 | *Attorney for Defendants, The Redevco* |
| *Attorney for Plaintiff* | *Corporation and Checkers Drive-In Restaurant Inc.* |